# SMILEY & SMILEY, LLP
## ATTORNEYS AT LAW
(212) 986-2022

28 Liberty Street  
6th Floor  
New York, New York 10005

WWW.SMILEYLAW.COM  
Fax: (212) 697-4689

August 4, 2025

The Honorable Jessica G. L. Clarke, U.S.D.J.  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, NY 10007-1312



RE:   Sisca Northeast, Inc. et al., v. Selective Insurance Company of America et al.,  
       CASE: 7:25-cv-02597-JGLC

Your Honor:

As the Court is aware, this firm represents Sisca Northeast, Inc. and Jodi Realty, LLC.

**With consent of all counsel**, we write to the Court and seek an additional period of time to complete the ongoing settlement negotiations without the necessity of pursuing discovery.

By way of status update, there is only one issue remaining related to the completion of the settlement. The parties are in active negotiation, and are optimistic that this remaining issue will be resolved.

Pursuant to Docket 25, the Court graciously permitted the parties to apply to the Court for an additional stay of discovery should that be required. In light of the progress made, the parties seek an additional two weeks to complete the negotiations, and finalize the settlement.

It is submitted, that the extension in time, will allow the parties to focus on settlement rather than discovery obligations.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Rosa M. Feeney*

Rosa M. Feeney  
rfeeney@smileylaw.com

cc: All counsel via ECF



Application GRANTED. The Court thanks the parties for this update. This matter shall remain stayed until **August 22, 2025** while the parties continue to negotiate a resolution of this action. The parties shall file another joint letter on that date detailing the status of their settlement negotiations. The Clerk of Court is respectfully directed to terminate ECF No. 26.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 6, 2025
       New York, New York